# Third District Court of Appeal

## State of Florida

Opinion filed May 1, 2024.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D23-1344
Lower Tribunal No. 19-2734
_____

**Kiara Marquez,**
Appellant,

vs.

**Atlanta Restaurant Partners, LLC,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Maria de Jesus Santovenia, Judge.

Sanchez-Medina, Gonzalez, Quesada, Lage, Gomez & Machado, LLP, and Gustavo D. Lage, and Augusto R. Lopez, for appellant.

Conroy Simberg, and Hinda Klein (Hollywood), for appellee.

Before LOGUE, C.J., and LINDSEY, and GORDO, JJ.

PER CURIAM.

Affirmed.